## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20446-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

THE Q.V.H. CORPORATION;
CARIBE RESTAURANT OF
MIAMI GARDENS INC. d/b/a
DON PAN; and ALOHA & MORE,
INC d/b/a CAFE AREITO,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, hereby advises the Court that she has reached an agreement in principle to settle the instant case with Defendant, CARIBE RESTAURANT OF MIAMI GARDENS INC. d/b/a DON PAN, via Counsel for the Defendant. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines on this case as to Defendant, CARIBE RESTAURANT OF MIAMI GARDENS INC. d/b/a DON PAN only.

Respectfully submitted this May 23, 2025

**THE LAW OFFICE OF RAMON J. DIEGO,**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155

1

Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this May 23, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: ramon@rjdiegolaw.com

By: ___/s/_Ramon J. Diego_____
RAMON J. DIEGO
Florida Bar No.: 689203

2