UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20446-JB

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

THE Q.V.H. CORPORATION;
CARIBE RESTAURANT OF MIAMI
GARDENS INC. d/b/a DON PAN; and
ALOHA & MORE, INC d/b/a CAFE
AREITO,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, ALOHA & MORE, INC d/b/a CAFE AREITO, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, ALOHA & MORE, INC d/b/a CAFE AREITO only.

Respectfully submitted this June 2, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* | By: */s/ Edwin Cruz* |
| RAMON J. DIEGO | EDWIN CRUZ |
| Florida Bar No. 689203 | Florida Bar No.: 55579 |
| **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** | **KAUFMAN DOLOWICH & VOLUCK LLP** |
| 5001 SW 74th Court, Suite 103 | 100 SE Third Avenue, Suite 1500 |
| Miami, Florida 33155 | Fort Lauderdale, Florida 33394 |
| Telephone: (305) 350-3103 | Telephone: (954) 302-2360 |
| Email: ramon@rjdiegolaw.com | Email: edwin.cruz@kaufmandolowich.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Aloha & More, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this June 2, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: /s/ Ramon J. Diego
RAMON J. DIEGO